Connor M. Mannion, Esq.
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
*Attorneys for Plaintiff, American Neighborhood Mortgage Acceptance Company, LLC.*

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC d/b/a ANNIEMAC HOME MORTGAGE,<br><br>Plaintiff,<br><br>v.<br><br>MONA LEE EDICK, DESPINA NOVAKIDOU, and STACEY LEMMAGE,<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CIVIL ACTION NO.<br><br>Civil Action |

## AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC D/B/A ANNIEMAC HOME MORTGAGE'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC D/B/A ANNIEMAC HOME MORTGAGE ("AnnieMac") makes the following disclosures:

1.  **Rule 7.1(a)(1) Disclosure:** AnnieMac has no parent corporations and there is no publicly held corporation that owns 10% or more of AnnieMac's stock.

2.  **Rule 7.1(a)(2) Disclosure**: AnnieMac is a limited liability company organized under Delaware law.  AnnieMac has two members – (1) Hyperion Family Holding Company LLC ("Hyperion"); and (2) an individual domiciled in New Jersey.  Hyperion in turn has a single member - an individual who is domiciled in Puerto Rico.  Therefore, AnnieMac is deemed to be a citizen of Puerto Rico and New Jersey, only, for purposes of diversity jurisdiction.  *See Lincoln Ben Life Co. v. AEI Life, LLC*, 800 F.3d 99, 104-105 (3rd Cir. 2015).

{04178847 v1}

3.      **L.R. 7.1.1 Disclosure**: There is no person or entity not a party to this lawsuit that is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

                                                Respectfully submitted,

                                                COLE SCHOTZ P.C.

*/s/ Connor M. Mannion*
Court Plaza North, 25 Main Street
PO Box 800
Hackensack, NJ 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile

Dated: February 28, 2025