## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC b/b/a ANNIEMAC HOME MORTGAGE, | **Civil Action No. 1:25-cv-01563-RMB-SAK** |
| *Plaintiff,* | |
| v. | **NOTICE OF MOTION** |
| MONA LEE EDICK, DESPINA NOVAKIDOU and STACEY LEMMAGE, | |
| *Defendants*. | |

TO:     Connor M. Mannion, Esq.
        Cole Schotz, PC
        25 Main Street
        Hackensack, NJ 07601

**PLEASE TAKE NOTICE** that Defendants, Mona Edick, Despina Novakidou and Stacey Lemmage, through their undersigned attorney, shall move before the Honorable Renée Marie Bumb on June 16, 2025 for an Order dismissing Counts III (Fraud) and IV (Conspiracy) of Plaintiff's Complaint; dismissing Defendant Lemmage for failure to perfect service; and dismiss Defendant Novakidou and Lemmage for lack of personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion,

Defendants will rely on the attached brief and Lemmage certification.

THE CHILLA BUSINESS COUNSEL, LLC

s/ *James Prusinowski*

James T. Prusinowski, Esq. (JP0729)
jprusinowski@chillalegal.com
268 South Street
Morristown, NJ 07960
*Attorneys for Defendants*

Date: May 13, 2025