

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Connor M. Mannion
Associate
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6274
Writer's Direct Fax: 201-678-6274
Writer's E-Mail: cmannion@coleschotz.com

February 27, 2026

**Via ECF Filing System**
The Honorable Renee M. Bumb
Chief, United States District Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re: **American Neighborhood Mortgage Acceptance Co. v. Edick, *et al.***
       **[Case No. 1:25-cv-01563-RMB-SAK]**

Dear Judge Bumb:

  Plaintiff, American Neighborhood Mortgage Acceptance Company, LLC d/b/a AnnieMac Home Mortgage ("***AnnieMac***"), submits this letter requesting a conference with the Court to administratively reopen the case to litigate only Count I of the First Amended Complaint (Breach of the Bonus Agreement against Mona Edick). As the Court will recall, it entered an Order on August 13, 2025 (Doc. 34, PageID.183), staying Count I and dismissing the remaining claims (Counts II through IV), without prejudice, while the parties pursued arbitration of those remaining claims).

  The parties pursued arbitration after August 13, 2025. They conducted due diligence on a potential arbitrator, narrowed the pool to one arbitrator, received that potential arbitrator's hourly fee ($1,975.00), and discussed whether the entire dispute could be resolved without arbitrating. After those negotiations failed, AnnieMac revisited whether to arbitrate given the significant cost of arbitrating, AnnieMac's obligation to front those costs, and currently improving prices AnnieMac has received in the secondary market for the sale of the infirm loans it was required to repurchase because of defendants' conduct. That reassessment led to AnnieMac's decision not to continue to pursue arbitrating Counts II through IV and request that the case be administratively reopened to litigate only Count I.



AnnieMac respectfully requests that the Court allow the case to be administratively reopened to pursue only Count I. AnnieMac sought concurrence in this relief. Defendants refused to consent to the relief. Defendants insist that AnnieMac cannot litigate Count I unless and until it arbitrates the remaining claims or the remaining claims are dismissed with prejudice. AnnieMac is aware of no such requirement under New Jersey or federal law. If the Court requires that AnnieMac file an appropriate motion for this relief, AnnieMac will do so.

          Respectfully submitted,

          */s/ Connor M. Mannion, Esq.*

- and –

          /s/ *Robert M. Horwitz, Esq.*
          (admitted pro hac vice)

cc: All counsel of record (via electronic case filing)