Connor M. Mannion, Esq.
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile
*Attorneys for Plaintiff, American Neighborhood*
*Mortgage Acceptance Company, LLC.*

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC, d/b/a ANNIEMAC HOME MORTGAGE<br><br>        Plaintiff<br><br>   v.<br><br>MONA LEA EDICK<br><br>        Defendant | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br><br>**Case No. 1:25-cv-01563-RMB-SAK** |

## SECOND AMENDED COMPLAINT

Plaintiff, American Neighborhood Mortgage Acceptance Company LLC, d/b/a AnnieMac Home Mortgage ("AnnieMac" or the "Company"), states as follows in support of its Second Amended Complaint against defendant Mona Lea Edick ("Edick"):

### INTRODUCTION

1. This matter concerns Edick's breach of a Sign-On Bonus Agreement ("Bonus Agreement") by failing to pay back the $500,000.00 sign-on bonus she received from AnnieMac but did not earn when her employment with AnnieMac ended before the required 36-month period.

**PARTIES, JURISDICTION, AND VENUE**

2.      AnnieMac is a Delaware limited liability company domiciled in Mt. Laurel Township, Burlington County, New Jersey. AnnieMac has two members. The first is an individual who was domiciled in New Jersey when AnnieMac filed the original complaint and is now domiciled in Florida.  The second is a limited liability company with a single member who was domiciled in Puerto Rico when AnnieMac filed the original complaint and is domiciled in New Jersey as of the filing date of this Second Amended Complaint. Because citizenship for purposes of diversity jurisdiction is determined when the original complaint is filed[1], diversity of citizenship existed between the parties when AnnieMac filed the original complaint.

3.      Edick is an individual who, at all relevant times to this Complaint, was and remains domiciled in the City of Cape Coral, County of Lee, in the State of Florida.

4.      Edick signed and delivered the Bonus Agreement, dated February 1, 2024, to AnnieMac. A true and complete copy of the Bonus Agreement is attached as **Exhibit A**.

5.      Edick consented to jurisdiction in New Jersey when she signed the Bonus Agreement:

---

[1] See *S. Cross Overseas Agencies, Inc. v. Wah Kwong Shipping Grp. Ltd.*, 181 F.3d 410, 414 n. 2 (3d Cir.1999) (citing *Smith v. Sperling*, 354 U.S. 91, 93 n. 1, 77 S.Ct. 1112, 1 L.Ed.2d 1205 (1957)); *see also Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 36 n. 5, 145 S.Ct. 41, 220 L.Ed.2d 289 (2025).

This Agreement shall be governed by and construed in accordance with the laws of the State of New Jersey (without regard to any conflicts of laws principles thereof that would give effect to the laws of another jurisdiction). Employee intends to and hereby confers jurisdiction upon the courts of the State of New Jersey and U.S. federal courts located within the State of Jersey to determine any dispute arising out of or related to this Agreement, including the enforcement and the breach hereof. Employee waives any objection to venue in such courts. [**Exhibit A**, Bonus Agreement, Sec. 10 (emphasis supplied).]

6.      Venue is proper in this Court because Edick agreed in the Bonus Agreement that venue in this Court is proper.

7.      This Court has subject matter jurisdiction because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

GENERAL ALLEGATIONS

8.      AnnieMac originates and services residential mortgage loans and provides related services to borrowers, including mortgage financing and refinancing services.

9.      On February 1, 2024, AnnieMac hired Edick as the Originating Regional Manager to manage its branch located at 4210 Del Prado Blvd South, Suite 1,2,3, Cape Coral, Florida (the "Florida Branch").  Edick was subsequently assigned to also manage the branch located at 20980 Rogers Drive, Suite 400, Rogers, Minnesota.

10. When AnnieMac hired Edick on February 1, 2024, she executed the Bonus Agreement.

11. The Bonus Agreement provides that Edick would receive a signing bonus (the "Bonus") of $500,000.00, payable in ten installments of $50,000.00 each. **Exhibit A**, Bonus Agreement.

12. AnnieMac paid Edick all ten of the $50,000.00 installment payments for a total of $500,000.00.

13. The Bonus Agreement further provides that the Bonus is an "unvested wage advance" that Edick earned "in its entirety" only by remaining employed with AnnieMac for 36 months from her first day of work with AnnieMac (the "36 Month Period"). **Exhibit A**, Bonus Agreement, Sec. 2.

14. Edick promised in the Bonus Agreement to repay the full amount of the Bonus if she did not remain employed with AnnieMac for the 36 Month Period. **Exhibit A**, Bonus Agreement, Sec. 2.

15. Edick's employment with AnnieMac ended on November 14, 2024, before the expiration of the 36 Month Period.

16. Edick has not repaid the Bonus as required by the Bonus Agreement.

### COUNT I - BREACH OF SIGN-ON BONUS AGREEMENT

17. AnnieMac incorporates the allegations set forth above in paragraphs 1 through 17, as if fully stated below.

18.    The Bonus Agreement is a binding agreement between AnnieMac and Edick.

19.    AnnieMac paid the Bonus to Edick.

20.    Edick agreed in Section 2 of the Bonus Agreement that she would repay the Bonus to AnnieMac if her employment with AnnieMac ended before the 36 Month Period.

21.    Edick's employment with AnnieMac ended on November 14, 2024.

22.    Edick did not remain employed with AnnieMac for the entire 36 Month Period.

23.    Edick has failed and refused to repay the Bonus as required by the Bonus Agreement.

24.    Edick has breached the Bonus Agreement by failing to repay the Bonus.

25.    AnnieMac has performed its obligations under the Bonus Agreement.

26.    Edick agreed in the Bonus Agreement that she would pay AnnieMac's reasonable costs, expenses, interest, and legal fees incurred in enforcing the Bonus Agreement. **Exhibit A**, Sec. 11.

27.    AnnieMac has been damaged by Edick's breach of the Bonus Agreement.

## PRAYER FOR RELIEF

WHEREFORE, AnnieMac prays for relief as follows:

A.      For damages in the amount of $500,000.00 against Edick, representing the amount of the Bonus;

B.      For all interest, prejudgment and post-judgment interest, authorized under New Jersey law, at the maximum legal rate;

C.      For attorneys' fees pursuant to the Bonus Agreement;

D.      For costs of the proceedings herein; and

E.      For all other relief that this Court finds just and proper.


Dated: March 27, 2026

Cole Schotz
Court Plaza North
25 Main Street
Hackensack, NJ 07601
P: 201-525-6274
Email: cmannion@coleschotz.com

/s/ Connor M. Mannion.

Connor M. Mannion
NJ Atty ID #334482021
*Attorneys for American Neighborhood*
*Mortgage Acceptance Company, LLC*


Maddin, Hauser, Roth & Heller, P.C.
One Towne Square, Fifth Floor
Southfield, MI 48076
P: 248-351-7014
Email: rhorwitz@maddinhauser.com

/s/ Robert M. Horwitz

Robert M. Horwitz (P51466)
*Pro Hac Vice Counsel for American
Neighborhood Mortgage Acceptance
Company, LLC*