

**James T. Prusinowski**
*Partner*
jprusinowski@chillalegal.com
268 South Street
Morristown, NJ 07960
P: 973.660.1095 x170

May 27, 2026

**VIA ECF**
The Honorable Renee M. Bumb U.S.D.J
Chief, United States District Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    **Re: AnnieMac v. Edick et al**
     **Case No. 1:25-cv-01563-RMB-SAK**
     **CBC File No. 25-022**

Dear Judge Bumb:

  On May 21, Plaintiff submitted a request for a pre-motion conference related to a proposed motion to dismiss. Your Honor's standing rule requires a responsive letter within five-days of the initial letter being submitted. On account of the holiday and vacations scheduled around the holiday, Defendant requests an additional five days, until June 5 in which to respond to Plaintiff's request for a pre-motion conference.

  We thank Your Honor for her kind attention to this matter.

      Respectfully submitted,
      **THE CHILLA BUSINESS COUNSEL, LLC**
      s/ *James Prusinowski*
      James T. Prusinowski

www.ChillaLegal.com

576 Fifth Ave Suite 903
New York, NY 10036
P: 212.226.6550

1700 Market Street Suite 1005
Philadelphia, PA 19103
P: 844.782.2179