

**Arooj Siraj**
*Associate*
asiraj@chillalegal.com
268 South Street
Morristown, NJ 07960
P: 973.660.1095 x160

July 14, 2026

**VIA ECF**
Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:    **AnnieMac v. Edick et al**
> **Case No. 1:25-cv-01563-RMB-SAK**
> **CBC File No. 25-022**

Dear Ms. Rhoads:

This office represents Defendant, Mona Lea Edick in the above-referenced matter. Pursuant to Local Civil Rule 7.1(d)(5), and with consent of our adversary, Defendant respectfully requests that the return date for Plaintiff's Motion for Summary Judgment (ECF No. 54), currently schedule for August 3, 2026, be adjourned by one motion cycle to August 17, 2026.

This request is being made before the deadline for the filing of Defendant's opposition papers. This is the first request for an extension or adjournment of the return date, and the originally noticed return date has not previously been extended or adjourned.

We thank you for your attention to this matter.

Respectfully submitted,
**THE CHILLA BUSINESS COUNSEL, LLC**
/s/ *Arooj Siraj*

Arooj Siraj, Esq.

cc: Amber D. Morrison, Esq.
    Robert M. Horwitz, Esq.

www.chillalegal.com

641 Lexington Avenue 14th and 15th Floor
New York, NY 10022
P: 212.226.6550

1700 Market Street Suite 1005
Philadelphia, PA 19103
P: 844.782.2179